```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA           :
                                   :
         - v. -                    :       INDICTMENT
                                   :
ALLAN BALLARD,                     :       07 CRIM 312
                                   :
              Defendant.           :
                                   :
                                   :
                                   :
- - - - - - - - - - - - - - - - - X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 1 6 2007

Judge Marrero

COUNT ONE

The Grand Jury charges:

On or about October 22, 2006, in the Southern District of New York, ALLAN BALLARD, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction in Maine Superior Court on or about July 1, 2003 for trafficking a scheduled drug, unlawfully, wilfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a .380 caliber Davis Industries gun, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1)).


_/s/ Grace Famacchia-Paris_              _/s/ Michael J. Garcia_
FOREPERSON                               MICHAEL J. GARCIA
                                         United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

**ALLAN BALLARD,**

Defendant.

---

<u>**INDICTMENT**</u>

07 Cr.

(18 U.S.C. § 922(g)(1).)

---

<u>MICHAEL J. GARCIA</u>
United States Attorney.

**A TRUE BILL**

*[signature]*
_____
Foreperson.

---

*[handwritten notes:]*
Post 11/87
RC
4/16/07

Indictment filed, case assigned Judge Marrero.

F. Maas, USMJ