# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

May 30, 2007

**BY FAX**

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street, Room 660
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-30-07
```

Re: <u>United States v. Allan Ballard,</u>
07 Cr. 312 (VM)

Dear Judge Marrero:

    I write on behalf of our client, Allan Ballard, to respectfully request that the Court modify the bail conditions imposed by the Honorable Gabriel W. Gorenstein on March 22, 2007. At that time, the Court imposed the following conditions: (1) a $100,000 personal recognizance bond, cosigned by two financially responsible persons and secured by $5,000 in cash; (2) travel restricted to the Eastern and Southern Districts of New York; (3) surrender of any travel documents (and no new applications); and (4) strict pretrial supervision. Mr. Ballard requests that his travel restrictions be modified to allow him to travel to the District of New Jersey on Saturday, June 2, 2007 between 12 P.M. and 10 P.M., so that he can take his daughter to the Garden State Mall. I have conferred with Assistant United States Attorney William J. Harrington, who consents to this request on behalf of the Government.

Respectfully submitted,

Fiona Doherty
Fiona Doherty
Assistant Federal Defender
Tel.: (212) 417-8734

```
Request  GRANTED.  The bail conditions of defendant
  Allan Ballard                        herein
are modified to permit travel to  New Jersey
on  6-2-07  thru  6-2-07  for the purposes
and on the terms and conditions set forth above.
SO ORDERED:
  5-30-07          /s/ Victor Marrero
DATE         VICTOR MARRERO, U.S.D.J.
```

SO ORDERED:

/s/ Victor Marrero

**HONORABLE VICTOR MARRERO**
United States District Judge

cc: William J. Harrington, Esq.
    Assistant United States Attorney (by fax)