# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*



Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

October 2, 2007

VIA HAND DELIVERY
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-4-07
```

**Re:   United States v. Allan Ballard**
       07 Cr. 312 (VM)

Dear Judge Marrero:

   I write on behalf of my client to respectfully request that the Court correct an inaccuracy in his registered name with the Bureau of Prisons.

   Mr. Ballard was sentenced by Your Honor on September 10, 2007 and is to surrender himself on October 19, 2007 to the Metropolitan Detention Center. He has been assigned United States Marshals Number 59828-054 with the corresponding name of "Allan Ballard." However, Mr. Ballard's first name is properly spelled "Allen" and he has the middle name of "Jamarr." I respectfully ask that Your Honor endorse this letter as an Order so that Mr. Ballard can be registered under his full given name, "Allen Jamarr Ballard."

   Thank you for your consideration of this matter.

Respectfully submitted,

*Philip T. Weinstein*

Philip Weinstein
Assistant Federal Defender
Tel.: (212) 417-8744

SO ORDERED:

_____
HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE

---

Request GRANTED. The Bureau of Prisons is directed to correct any inaccuracy in the registered name of the referenced defendant in this case as set forth above.

SO ORDERED:
10-3-07
DATE         VICTOR MARRERO, U.S.D.J.